UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Richard Villanueva # 13518-014

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 5:13-cv-29391
*(Number to be assigned by Court)*

Warden Ziegler.

Ms. B. Bowman (Supervisor Education)

Ms. H. Lacy (James) Teacher

*(Enter above the full name of the defendant or defendants in this action)*

FILED
NOV 19 2013

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____     No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _____
    _____
    _____

    Defendants: _____
    _____
    _____

2.  Court (if federal court, name the district; if state court, name the county);

    _____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

    _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** FCI - Beckley. Beaver WV 25813

    A. Is there a prisoner grievance procedure in this institution?

        Yes __X__      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes __X__      No ____

    C. If you answer is YES:

        1. What steps did you take? I presented my claim and evidence to the institution. And they denied it.

        2. What was the result? There was nothing done about it and therefore I am being effected by such.

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Richard Villanueva #13518-014

        Address: FCI-Beckley, P.O Box 350. Beaver WV 25813

    B. Additional Plaintiff(s) and Address(es): n/a

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Mr. Ziegler

   is employed as: Institutional Warden

   at FCI - Beckley, P.O Box 350. Beaver WV 25813

D. Additional defendants: Ms. B. Bowman (Supervisor of Education Department). Et al

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

After arriving at FCI-Beckley, I provided the institutional Educational Department with proper documentation showing that I have successfully obtained my High School Diploma. But because FCI-Beckley receives payment for each inmate that they enroll into G.E.D classes, they refuse to properly accept my High School Diploma and by doing such actions, stops me from advancing on to college courses and participating in certain programs that are only provided to inmates with G.E.D

## IV. Statement of Claim (continued):

/ High School Diplomas. The denial by the institution to accept my diploma, violates my right to advance my education. By the institution trying to place me back to a level which I already "successfully" completed, instead of advancing me forward, is exactly the same as to deny me an education. Because the Education Department gets funds for each inmate who completes the G.E.D., I am being used due to the fact the staff knows I am a good candidate to pass, because in actuality I already have a High School Diploma.

(IN A LATER MEMORANDUM I WILL FURTHER THIS ARGUMENT)

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want this court to make the institution accept my High School Diploma as suppose to. I want the court to order that I be allowed to advance further in college classes at once. And I ask that this court award me damages for expenses paid to receive verification of my diploma, when the institution should have taken teh steps to obtain such. I ask that the court award me to receive payment from the B.O.P regarding all court cost and fees pais for this action. And any other relief deem proper.

5

**V. Relief (continued)):**

As well as to order the B.O.P to list me in their sentry as having my Diploma, until otherwise said by the High School which I have presented documentation stating that I do have such a diploma.

**VII. Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No __X__

    If so, state the name(s) and address(es) of each lawyer contacted:

    If not, state your reasons: I can not afford an attorney. If possible, I ask that one be appointed by this court.

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No __X__

If so, state the lawyer's name and address:

n/a

Signed this Villanueva day of 11-10-                    , 20 13 .

Richard Villanueva #13518-014

FCI - Beckley

P.O Box 350

Beaver WV 25813

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11-15-13                   .
              (Date)

*Villanueva Richard*
Signature of Movant/Plaintiff

n/a

Signature of Attorney
(if any)

Villanueva
Federal Correctional Institution. Beckley
P.O. Box 350
Beaver, WV 25813

13518-014
The Clerk Of The Court
Southern District rm. 119
110 N Heber ST
Beckley, WV 25801
United States



FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
P.O. BOX 1280
BEAVER, WV 25813

DATE 11-16-13

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

QUALITY PARK
9-1/2 x 12-1/2